UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

OLIVIA JOHNSON,

         Plaintiff,

      v.

GINA ABADI, et al.,

         Defendants.

No. 2:25-cv-03403-TLN-SCR

**ORDER**

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On January 22, 2026 the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days. (ECF No. 4.) Plaintiff did not file objections to the findings and recommendations and the time to do so has elapsed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 22, 2026 (ECF No. 4) are ADOPTED in full; and

2. Plaintiff's Complaint and this action are DISMISSED without prejudice for failure

1

to state a claim and for failure to comply with the Court's order and Local Rules; and

3.     The Clerk is directed to enter Judgment and close this file.

IT IS SO ORDERED.

Date: May 18, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE